Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
Robert D. Hunt (Bar No. 247802)
Email: rhunt@onellp.com
One LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Defendants,*
*BI MOBILE BREATH, INC., B.I. INCORPORATED,*
*AND SOBERLINK HEALTHCARE, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ALLISON TURNER AND ALLEN SCIOLI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BI MOBILE BREATH, INC., B.I. INCORPORATED, AND SOBERLINK HEALTHCARE, LLC,<br><br>　　　　Defendants. | Case No. 8:16-cv-01135-CJC(DFMx)<br>Hon. Cormac J. Carney<br><br>**STIPULATION TO FILE AMENDED COMPLAINT AND DEADLINE FOR RESPONSE TO THE AMENDED COMPLAINT** |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure Rule 15(a), all of the parties in the above-captioned case ("Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs' counsel initially granted Defendants a 28-day extension to file a response to the Complaint, making Defendants' response to Plaintiffs' Complaint originally due on August 15, 2016.

WHEREAS, Defendants' counsel informed Plaintiffs' counsel that Defendants were planning to file a motion to dismiss the Complaint under Rule 12(b)(6), (e), and (f); Defendants' counsel sent Plaintiffs' counsel a draft of that motion; and the Parties met and conferred and discussed thoroughly the substance of the contemplated motion and any potential resolution.

WHEREAS, during the meet and confer conferences, Plaintiffs' counsel agreed to file an amended Complaint, and the Parties agreed that Plaintiffs would file their amended complaint by September 12, 2016 and that Defendants would file their response to the amended complaint by October 10, 2016.

WHEREAS, during a subsequent meet and confer conference, the Parties agreed to extend the deadline for Plaintiffs to file their amended complaint to September 19, 2016 and the deadline for Defendants to file their response to the amended complaint to October 17, 2016.

WHEREAS, the Parties are currently attempting to settle this case (*see* Declaration of Robert D. Hunt).

THEREFORE, the Parties hereby stipulate to the following deadlines and request that the Court enter an order approving the following deadlines:

1. Plaintiffs' amended complaint is due on September 19, 2016.
2. Defendants' response to the amended complaint is due on October 17, 2016.

///

**STIPULATION TO FILE AMENDED COMPLAINT AND DEADLINE FOR RESPONSE**

ALL PARTIES JOIN IN THE STIPULATION.

Dated: September 12, 2016          **ZIMMERMAN LAW OFFICES**

                                   By: /s/ Matthew C. De Re
                                       Matthew C. De Re
                                       Attorneys for Plaintiffs,
                                       ALLISON TURNER AND ALLEN SCIOLI

Dated: September 12, 2016          **ONE LLP**

                                   By: /s/ Robert D. Hunt
                                       Robert D. Hunt
                                       Attorneys for Defendants,
                                       BI MOBILE BREATH, INC., B.I.
                                       INCORPORATED, AND SOBERLINK
                                       HEALTHCARE, LLC

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Robert D. Hunt, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

                                   By: /s/ Robert D. Hunt
                                       Robert D. Hunt